Benjamin I. Rubinstein
Benjamin.Rubinstein@klgates.com
K&L Gates LLP
One Newark Center, 10th Fl.
Newark, NJ 07102
P: 973-848-4000
F: 973-848-4001
*Attorneys for Plaintiffs*
*AVENTISUB LLC, CHATTEM, INC.,*
*and SANOFI-AVENTIS US LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVENTISUB LLC, CHATTEM, INC., and SANOFI-AVENTIS US LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ENG SALES LLC,<br><br>Defendant. | Civil Action No. 2:24-cv-04748<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Aventisub LLC, Chattem, Inc., and Sanofi-Aventis US LLC (collectively "Sanofi") hereby make the following disclosures:

Sanofi's ultimate corporate parent is Sanofi, S.A. which is publicly traded on the New York Stock Exchange.

*[SIGNATURE PAGE TO FOLLOW]*

2

Dated:  April 10, 2024                                              Respectfully submitted,


                                                      By:   */s/  Benjamin I. Rubinstein*
                                                           Benjamin I. Rubinstein
                                                           Benjamin.Rubinstein@klgates.com
                                                           **K&L GATES LLP**
                                                           One Newark Center, 10th Fl.
                                                           Newark, NJ 07102
                                                           P: 973-848-4000
                                                           F: 973-848-4001
                                                           *Attorneys for Plaintiffs*